IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF NORTH CAROLINA

_____ DIVISION

Robert Elias Mange )
_____ )
_____ )
(Enter above the full name
of the Plaintiff[s] in this
action).

vs.

ATT: N.C. Detective Agency
Roger Ladd (President)
(Owner)
Kevin Ladd (V.P.)

(Enter above the full name of
ALL Defendant[s] in this action.
Fed.R.Civ.P.10(a) requires that
the caption of the complaint
include the names of all the
parties. Merely listing one
party and "et al." is insufficient.
Please attach additional sheets if
necessary).

Case No. 5:18-CV-00592-FL
(To be assigned
by the Clerk of
District Court)

COMPLAINT

1. Plaintiff resides at 2857 Haw River Trail
Apex, N.C. 27502

1

2. Defendant(s) name(s): North Carolina Detective Agency
Roger Ladd (President)
Kevin Ladd (V.P.)

Location of principal office(s) of the named defendant(s):
2102 Fay St. Durham, N.C. 27704

Nature of defendant(s) business: Security

Approximate number of individuals employed by defendant:
Approx. (50) (Fifty) or more.

3. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on this court by 42 U.S.C. § 2000e-5. Equitable and other relief are also sought under 42 U.S.C. § 20003-5(g).

4. The acts complained of in this suit concern:

    (A) _____ Failure to employ me.

    (B) ✓ Termination of my employment.

    (C) _____ Failure to promote me.

    (D) _____ Other acts as specified below:

2

"_New_"

Recently on 11/6/18 the undersigned (Robert Marge)(Plaintiff) came to a monetary settlement with (Respondent)(Ladd) Insurance company for the Worker's Comp. side of this action. By settling the above matter I have established a "prima facie" case. IC. File # 18-724377

---

5. Plaintiff is:

   (A) _____ presently employed by the defendant.

   (B) ✓ not presently employed by the defendant.
   The dates of employment were May 6, 2018 to Sep. 23, 2018

   Employment was terminated because:

   (1) ✓ plaintiff was discharged.

   (2) _____ plaintiff was laid off.

   (3) _____ plaintiff left job voluntarily.

6. Defendant(s) conduct is discriminatory with respect to the following:

   (A) _____ my race.

   (B) _____ my religion.

   (C) _____ my sex.

3

(D) ____ my national origin.

(E) ✓ other as specified below:
_Americans with Disabilities Act -_
_Terminated by Kevin Ladd on 9/22/18_

7. The name(s), race, sex, and the position or title of the individual(s) who allegedly discriminated against me during the period of my employment with the defendant company is (are):
_Kevin Ladd (V.P.) Male, White, 38 yrs. old_
_Roger Ladd (President) Male, White 62yrs. old_

_____

_____

_____

8. The alleged discrimination occurred on or about _9/22/18_
_on or about 11:30 AM_.

9. The nature of my complaint, i.e., the manner in which the individuals(s) named above discriminated against me in terms of the conditions of my employment is as follows:
_The Plaintiff has an active Worker Comp._
_Case I.C. File # 18-724377; EEOC # 433-2018-02574_
_Plaintiff was terminated by defendant Kevin_
_Ladd/Roger Ladd at above time and date because_

4

I "called out" sick on my Workers Comp. Injury. Kevin Ladd (who actually terminated me). "You're fired; I don't care if you have a Workers Comp Case; You're still fired."
(See enclosed documents)

10. The alleged illegal activity took place at: My residence (Former) 233 Churchview St. Cary, NC. 27513

11. I filed charges with the Equal Employment Opportunity Commission regarding defendant(s) alleged discriminatory conduct on or about June 4, 2018 . I have attached a copy of the Notice of Right to Sue letter issued by the Equal Employment Opportunity Commission. This letter was received by me on _____.

12. I seek the following relief:

    (A) _____ recovery of back pay;

    (B) _____ reinstatement to my former job;

    (C) ✓ trial by jury on all issues so triable;

    and any other relief as may be appropriate, including

5

injunctive orders, damages, costs and attorney's fees.

12/14/18
Date

_Signature of Plaintiff_

2857 Haw River Trail
Apex, NC. 27502
(631) 804-4717
Address and Phone Number of Plaintiff

6